BLACKBOARD, INC., Plaintiff–
Appellant,

v.

DESIRE2LEARN INC., Defendant–
Appellee.

No. 2008–1548.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2009.

## ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the Appellant, and a response thereto having been invited by the court and filed by the Appellee, and the petition for rehearing and response, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on October 22, 2009.